### 13376.    GRIER *v.* THE STATE.

BLOODWORTH, J. There is ample evidence to support the verdict, which has the approval of the trial judge, and, as no error of law was committed on the trial of the case, this court is powerless to interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 9, 1922.

Indictment for assault and battery; from Randolph superior court — Judge Worrill. January 21, 1922.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.

---

### 13377.    GRIER *v.* THE STATE.

BLOODWORTH, J. There is ample evidence to support the verdict, and " this court by the constitutional amendment creating it, is limited in jurisdiction to the correction of errors of law alone, and therefore has no power to grant a new trial on the ground that the verdict is strongly contrary to the weight of the evidence, if there is any evidence at all to support it." *Edge* v. *Thomas*, 9 *Ga. App.* 559 (71 S. E. 875.    *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 9, 1922.

Indictment for carrying pistol unlawfully; from Randolph superior court — Judge Worrill. January 21, 1922.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.